JERRY S. BUSBY
Nevada Bar #001107
GREGORY A. KRAEMER
Nevada Bar #010911
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada  89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| BONITA ANN LEEK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a/ SMITH'S, a foreign corporation; DOE SMITH'S EMPLOYEES I through X; DOE JANITORS 1-10; DOE MAINTAINERS 1-10; DOES I through X, inclusive; ROE JANITORIAL SERVICES 1-10; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00095-APG-BNW<br><br>**STIPULATION TO EXTEND DISCOVERY DEADLINES**<br><br>**(FIRST REQUEST)** |

The current Initial-Expert Disclosure deadline in this case is August 17, 2023.[1] Both parties recognize that at least 90 additional days is needed for experts in this case. This is not spinal injury case; instead, Plaintiff's medical treatment is complex in that she was hospitalized multiple times due to a possible allergic reaction she had to a drug she was taking following surgery to her right elbow. Because Plaintiff was hospitalized at multiple places for several days at a time, the medical records in this case are voluminous. Given the complexity of the injuries alleged and the volume of medical records that must be reviewed, the demands of this case require additional time. The parties will take full advantage of this extension to conduct the discovery needed to get this case ready for trial.

---

[1] Scheduling Order at p. 2:19-22.

CLAC 7510312.1

IT IS HEREBY STIPULATED by and between GENEVIEVE ROMAND, ESQ. of HENNESS & HAIGHT, as counsel for Plaintiff, BONITA ANN LEEK,, and GREGORY A. KRAEMER, ESQ., of the law firm COOPER LEVENSON, P.A., as counsel for Defendant SMITH'S FOOD & DRUG CENTERS, INC that all discovery deadlines be extended by 90 days, as set forth below, to allow the parties to complete discovery prior to trial.

**STATEMENT SPECIFYING THE DISCOVERY THAT HAS BEEN COMPLETED.**

1. The parties participated in the Fed. R. Civ. P. 26(f) Conference;
2. Both parties have made their disclosures pursuant to Fed. R. Civ. P. 26.1(a)(1).
3. Defendant is still in the process of collecting all of Plaintiff's medical records.
4. Defendant served Interrogatories, Request for Production and Request for Admissions to Plaintiff.
5. Plaintiff served and Responded to Interrogatories, Request for Production and Request for Admissions.

A. **SPECIFIC DESCRIPTION OF THE DISCOVERY THAT REMAINS TO BE COMPLETED**.

1. Defendant to collect Plaintiff's medical records.
2. Plaintiff will take the deposition of employee witnesses for SMITH'S.
3. Defendant will take Plaintiff's deposition, and the deposition of her daughter.
4. Continue to deliver records to retained experts, potentially retain additional experts; and designate expert witnesses.
5. Depositions of expert witnesses.

B. **REASONS WHY THE DISCOVERY REMAINING WAS NOT COMPLETED WITHIN THE DEADLINES CONTAINED IN THE DISCOVERY SCHEDULING ORDER**

Plaintiff fractured her right shoulder and right elbow. She was hospitalized multiple times for a possible allergic reaction she had to a drug she took after the surgery to address her right elbow. At this time Plaintiff has $503,954.48 in medical expenses. The amount of the medical records from the surgery and hospitalizations is extreme. Defense counsel has two full Banker's Boxes for the

CLAC 7510312.1

records. The expert witnesses need more time to sift through the records in preparation for their reports.

### C. PROPOSED SCHEDULE FOR COMPLETING ALL REMAINING DISCOVERY

As a result of the above, it is requested that the discovery deadlines in this case be continued 90 days from their present deadlines.

1. **Discovery Cut-Off Date:** The parties jointly propose that the discovery cut-off date be extended 91 days from its present deadline of October 16, 2023, to **January 15, 2024.**

2. **Amending the Pleadings and Adding Parties:** The parties jointly propose that the deadline to amend the pleadings be extended 90 days from its present deadline of July 18, 2023, to **October 16, 2023.**

3. **Fed. R. Civ. P. 2(a)(2) Disclosures (Experts):** The parties jointly propose that the initial expert disclosure deadline be extended 90 days from its present deadline of August 17, 2023 to **November 15, 2023;** rebuttal expert disclosure be extended 90 days from its present deadline of September 18, 2023 to **December 14, 2023.**

4. **Dispositive Motions:** In the event that the discovery period is extended from the discovery cut-off date set forth in the proposed Discovery Plan and Scheduling Order, the date for filing dispositive motions shall be extended 90 days from its present deadline of November 15, 2023 to **February 12, 2024.**

5. **Pretrial Order:** The date for filing the joint pretrial order, which is currently set for December 15, 2023 be extended 90 days to **March 13, 2024**. In the event that dispositive motions are filed, the date for filing the joint pretrial order shall be suspended until 30 days after decision on the dispositive motions or until further order of the court. In the further event that the discovery period is extended from the discovery cut-off date set forth in the Discovery Plan and Scheduling Order, the date for filing the joint pretrial order shall be extended in accordance with the time periods set forth in this paragraph.

6. **Fed. R. Civ. P. 26(a)(3) Disclosures:** The disclosures required by Fed. R. Civ. P. 26(a)(3), and any objections thereto, shall be included in the joint pretrial order.

/ / /

CLAC 7510312.1

**7. Alternative Dispute Resolution:** Counsel for the parties certify that they met and conferred about the possibility of using alternative dispute resolution including mediation, arbitration, and/or an early neutral evaluation. The parties have not scheduled any such ADR forum at this point, but agree to reconsider following the disclosure of expert witness reports and after the close of discovery.

**8. Alternative Forms of Case Disposition:** The parties certify that they discussed consenting to trial by a magistrate judge or engaging in the Short Trial Program under Fed. R. Civ. P. 73 and at present do not consent to either alternative form of case disposition.

**9. Electronic Evidence:** The parties certify that they have discussed and intend to use electronic evidence at the trial of this matter and will ensure that said evidence is in an electronic format compatible with the Court's electronic jury evidence display system. At present, the parties have not agreed upon any stipulations regarding the use of electronic evidence but will address this issue again in the Pre Trial Order.

**10. Extensions or Modifications of the Discovery Plan and Scheduling Order:** Any stipulation or motion must be made no later than 21 days before the subject deadline. Requests to extend discovery deadlines must comply fully with LR 26-3.

DATED this 19th day of June, 2023.

| | |
|---|---|
| HENNESS & HAIGHT | COOPER LEVENSON, P.A. |
| /s/*Genevieve Romand* | /s/ *Gregory A. Kraemer* |
| GENEVIEVE ROMAND, ESQ. | JERRY S. BUSBY, ESQ. |
| Nevada Bar No. 013235 | Nevada Bar No. 001107 |
| 8972 Spanish Ridge Avenue | GREGORY A. KRAEMER, ESQ. |
| Las Vegas, NV 89148 | Nevada Bar No. 010911 |
| (702) 862-8200 | 3016 West Charleston Boulevard - #195 |
| Attorneys for Plaintiff | Las Vegas, Nevada 89102 |
| BONITA LEEK | (702) 366-1125 |
| | Attorneys for Defendant |
| | SMITH'S FOOD & DRUG CENTERS, INC. |

**IT IS SO ORDERED** that the discovery deadlines are hereby extended as stated above.

UNITED STATES MAGISTRATE JUDGE
DATED: June 20, 2023

CLAC 7510312.1