JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT  OF NEVADA**

| | |
|---|---|
| BONITA ANN LEEK, an individual,<br><br>                         Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a/ SMITH'S, a foreign corporation; DOE SMITH'S EMPLOYEES I through X; DOE JANITORS 1-10; DOE MAINTAINERS 1-10; DOES I through X, inclusive; ROE JANITORIAL SERVICES 1-10; and ROE CORPORATIONS I through X, inclusive,<br><br>                         Defendants. | Case No. 2:23-cv-00095-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DATE TO FILE RESPONSE TO <u>PLAINTIFF'S MOTION TO STRIKE</u>**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff BONITA ANN LEEK (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "Defendant"), by and through their respective counsel of record, that the deadline for Defendant to file its Response to Plaintiff's Motion to Strike Defendant's Answer or for an Adjudication as to Liability, or in the Alternative, for an Adverse Inference Due to Defendant's Spoliation of Evidence (ECF No. 24) be extended by seven (7) days, or until August 30, 2024.  This Stipulation is entered into and made pursuant to Local R. IA 6-1 and Local R. 7-1 as a result of conflicts in the schedule of defense counsel which make counsel unable to file Defendant's Response on the current deadline of August 23, 2024.

This extension is sought in order to allow defense counsel sufficient time to properly address and

brief all issues raised in Plaintiff's Motion.

**IT IS SO STIPULATED.**

DATED this 22nd day of August, 2024.   DATED this 22nd day of August, 2024.

HENNESS & HAIGHT   COOPER LEVENSON, P.A.

*/s/ Genevieve Romand*
GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 013235
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 862-8200
Attorneys for Plaintiff
BONITA LEEK

*/s/ Pooja Kumar*
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
POOJA KUMAR, ESQ.
Nevada Bar No. 012988
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**IT IS SO ORDERED** that Defendant SMITH'S FOOD & DRUG CENTERS, INC.'S Response to Plaintiff's Motion to Strike (ECF No. 24) is due on August 30, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATE: August 23, 2024

NG-C2N3CBX6 4855-4863-5574.1

2