GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 13235
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 862-8200
Facsimile: (702) 862-8204
genevieve@hennessandhaight.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONITA ANN LEEK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S, a foreign corporation; DOE SMITH'S EMPLOYEES I through X; DOE JANITORS 1-10; DOE MAINTAINERS 1-10; DOES I through X, inclusive; ROE JANITORIAL SERVICES 1-10; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No.: 2:23-cv-00095-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S MOTION FOR SUMMARY JUDGEMENT** |

**IT IS HEREBY STIPULATED** by and between Plaintiff BONITA ANN LEEK (hereinafter referred to as "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter referred to as "Defendant"), by and through their respective counsel of records, that the deadline for Plaintiff to File a Response to Defendant's Motion for Summary Judgement be extended by seven days in accordance with Local R. 7-1. As a result of conflicts in the schedule of Plaintiff's counsel and the Federal holiday, which make counsel unable to file Plaintiff's Response on the current deadline of September 2, 2024, with a new deadline set for September 9, 2024. This

extension is made in good faith and is sought in order to allow Plaintiff's counsel sufficient time to properly address and brief all issues raised in Defendant's Motion for Summary Judgement.

**IT IS SO STIPULATED.**

DATED this 29th day of August, 2024.          DATED this 29th day of August, 2024.

HENNESS & HAIGHT                              COPPER LEVENSON, P.A.


 /s/ Genevieve Romand, Esq.                      /s/  Pooja Kumar, *Esq.*
GENEVIEVE ROMAND ESQ.                         JERRY BUSBY, ESQ.
Nevada Bar No. 13235                          Nevada Bar No. 001107
8972 Spanish Ridge Avenue                     POOJA KUMAR, ESQ.
Las Vegas, Nevada 89148                       Nevada Bar No. 012988
*Attorney for Plaintiff*                      3016 West Charleston Boulevard #195
*BONITA ANN LEEK*                             Las Vegas, Nevada 89102
                                              *Attorneys for Defendant*
                                              *SMITH'S FOOD & DRUG CENTERS, INC.*


**IT IS SO ORDERED that Plaintiff BONITA ANN LEEK'S Response to Defendant's Motion for Summary Judgement is due on September 9, 2024.**

_____
**UNITED STATES DISTRICT JUDGE**

DATED: August 30, 2024