GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 13235
HENNESS & HAIGHT
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 862-8200
Facsimile: (702) 862-8204
genevieve@hennessandhaight.com
*Attorney for Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| BONITA ANN LEEK, an individual,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a SMITH'S, a foreign corporation; DOE SMITH'S EMPLOYEES I through X; DOE JANITORS 1-10; DOE MAINTAINERS 1-10; DOES I through X, inclusive; ROE JANITORIAL SERVICES 1-10; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　Defendants. | Case No.: 2:23-cv-00095-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND PLAINTIFF'S TIME TO RESPOND TO DEFENDANT'S RESPONSE TO THEIR MOTION TO STRIKE DEFENDANT'S ANSWER OR FOR AN ADJUDICATION AS TO LIABILITY, OR IN THE ALTERNATIVE, FOR AN ADVERSE INFERENCE DUE TO DEFENDANT'S SPOLIATION OF EVIDENCE**<br><br>(*First Request*) |

**IT IS HEREBY STIPULATED** by and between Plaintiff BONITA ANN LEEK (hereinafter referred to as "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter referred to as "Defendant"), by and through their respective counsel of record, that the deadline for Plaintiff to File a Response to Defendant's Response to their Motion to Strike Defendant's Answer or for an Adjudication as to Liability, or in the Alternative, for an Adverse Inference due to Defendant's Spoliation of Evidence be extended by two days in accordance with Local R. 7-1. As a result of conflicts in the schedule of Plaintiff's counsel, which make counsel

unable to file Plaintiff's Response on the current deadline of September 6, 2024, with a new deadline set for September 10, 2024. This extension is made in good faith and is sought in order to allow Plaintiff's counsel sufficient time to properly address and brief all issues raised in Defendant's Response to their Motion.

**IT IS SO STIPULATED.**

DATED this 5th day of September, 2024.                    DATED this 5th day of September, 2024.

HENNESS & HAIGHT                                          COPPER LEVENSON, P.A.


/s/ Genevieve Romand, Esq.                                /s/ Pooja Kumar, Esq.
GENEVIEVE ROMAND ESQ.                                     JERRY BUSBY, ESQ.
Nevada Bar No. 13235                                      Nevada Bar No. 001107
8972 Spanish Ridge Avenue                                 POOJA KUMAR, ESQ.
Las Vegas, Nevada 89148                                   Nevada Bar No. 012988
*Attorney for Plaintiff*                                  3016 West Charleston Boulevard #195
BONITA ANN LEEK                                           Las Vegas, Nevada 89102
                                                          *Attorneys for Defendant*
                                                          SMITH'S FOOD & DRUG CENTERS, INC.


**IT IS SO ORDERED that Plaintiff BONITA ANN LEEK'S Response to Defendant's Response to their Motion to Strike Defendant's Answer or for an Adjudication as to Liability, or in the Alternative, for an Adverse Inference due to Defendant's Spoliation of Evidence is due on September 10, 2024.**

_____
**UNITED STATES MAGISTRATE JUDGE**


**DATED:** 9/6/2024