JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONITA ANN LEEK, an individual,<br><br>  Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a/ SMITH'S, a foreign corporation; DOE SMITH'S EMPLOYEES I through X; DOE JANITORS 1-10; DOE MAINTAINERS 1-10; DOES I through X, inclusive; ROE JANITORIAL SERVICES 1-10; and ROE CORPORATIONS I through X, inclusive,<br><br>  Defendants. | Case No. 2:23-cv-00095-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND DATE TO FILE REPLY IN SUPPORT OF DEFENDANT SMITH'S FOOD & DRUG CENTERS, INC.'S MOTION FOR SUMMARY JUDGMENT**<br><br>**(FIRST REQUEST)** |

**IT IS HEREBY STIPULATED** by and between Plaintiff BONITA ANN LEEK (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "Defendant"), by and through their respective counsel of record, that the deadline for Defendant to file its Reply Brief in support of its filed Motion for Summary Judgment (ECF No. 25) be extended by three (3) days, or until September 26, 2024. This Stipulation is entered into and made pursuant to Local R. IA 6-1 and Local R. 7-1 as a result of conflicts in the schedule of defense counsel which make counsel unable to file Defendant's Reply on the current deadline of September 23, 2024.

This extension is sought in order to allow defense counsel sufficient time to properly address and

NG-C2N3CBX6 4892-7995-3383.1

brief all issues raised in Plaintiff's Response to Defendant's moving papers.

**IT IS SO STIPULATED.**

DATED this 20th day of September, 2024.              DATED this 20th day of September, 2024.

HENNESS & HAIGHT                                      COOPER LEVENSON, P.A.

*/s/ Genevieve Romand*                                */s/ Pooja Kumar*
GENEVIEVE ROMAND, ESQ.                                JERRY S. BUSBY, ESQ.
Nevada Bar No. 013235                                 Nevada Bar No. 001107
8972 Spanish Ridge Avenue                             POOJA KUMAR, ESQ.
Las Vegas, NV 89148                                   Nevada Bar No. 012988
(702) 862-8200                                        3016 West Charleston Boulevard - #195
Attorneys for Plaintiff                               Las Vegas, Nevada 89102
BONITA LEEK                                           (702) 366-1125
                                                      Attorneys for Defendant
                                                      SMITH'S FOOD & DRUG CENTERS, INC.

**IT IS SO ORDERED** that Defendant SMITH'S FOOD & DRUG CENTERS, INC.'S Reply Brief in support of its Motion for Summary Judgment (ECF No. 25) is due on September 26, 2024.

_____
UNITED STATES DISTRICT JUDGE

DATE: September 23, 2024

NG-C2N3CBX6 4892-7995-3383.1