JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX:  (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONITA ANN LEEK, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a/ SMITH'S, a foreign corporation; DOE SMITH'S EMPLOYEES I through X; DOE JANITORS 1-10; DOE MAINTAINERS 1-10; DOES I through X, inclusive; ROE JANITORIAL SERVICES 1-10; and ROE CORPORATIONS I through X, inclusive,<br><br>Defendants. | Case No. 2:23-cv-00095-APG-BNW<br><br>**STIPULATION AND ORDER TO EXTEND TIME TO FILE JOINT PRE-TRIAL ORDER**<br><br>**(FIRST REQUEST)** |

**WHEREAS** Plaintiff BONITA ANN LEEK (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "SMITH'S"), by and through their respective counsel of record as undersigned, are presently working together to draft the Joint Pre-Trial Order;

**WHEREAS** the present deadline for the Parties to file the Joint Pre-Trial Order is set for March 24, 2025;

**WHEREAS** the Parties have been working amicably together in order to submit necessary pleadings and information to this Court; and

**WHEREAS** the Parties have agreed to a brief extension to file the Joint Pre-Trial Order:

//

NG-C2N3CBX6 4858-9336-4443.1

**IT IS HEREBY STIPULATED** by and between Plaintiff and SMITH'S, by and through their respective counsel of record, that the deadline for filing the Joint Pre-Trial Order pursuant to Local Rules 16-3(b) and 26-3 shall be extended by fourteen (14) days, or until April 7, 2025, in order to allow the Parties to thoughtfully discuss the contents thereof.

**IT IS SO STIPULATED.**

DATED this 24th day of March, 2025.

HENNESS & HAIGHT

*/s/ Genevieve Romand*
GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 013235
8972 Spanish Ridge Avenue
Las Vegas, NV 89148
(702) 862-8200
Attorneys for Plaintiff
BONITA LEEK

DATED this 24th day of March, 2025.

COOPER LEVENSON, P.A.

*/s/ Pooja Kumar*
JERRY S. BUSBY, ESQ.
Nevada Bar No. 001107
POOJA KUMAR, ESQ.
Nevada Bar No. 012988
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**IT IS SO ORDERED.**

UNITED STATES MAGISTRATE JUDGE

DATE: 3/25/2025

2

NG-C2N3CBX6 4858-9336-4443.1