JERRY S. BUSBY
Nevada Bar #001107
POOJA KUMAR
Nevada Bar #012988
COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
Las Vegas, Nevada 89102
(702) 366-1125
FAX: (702) 366-1857
jbusby@cooperlevenson.com
pkumar@cooperlevenson.com

Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| BONITA ANN LEEK, an individual,<br><br>　　　　　　Plaintiff,<br><br>vs.<br><br>SMITH'S FOOD & DRUG CENTERS, INC. d/b/a/ SMITH'S, a foreign corporation; DOE SMITH'S EMPLOYEES I through X; DOE JANITORS 1-10; DOE MAINTAINERS 1-10; DOES I through X, inclusive; ROE JANITORIAL SERVICES 1-10; and ROE CORPORATIONS I through X, inclusive,<br><br>　　　　　　Defendants. | Case No. 2:23-cv-00095-APG-BNW<br><br><br><br><br><br>**STIPULATION AND ORDER TO**<br>**VACATE SETTLEMENT CONFERENCE** |

**WHEREAS** the Honorable Court in the above-captioned matter Ordered a Settlement Conference for July 11, 2025, at 10:00 a.m. via videoconference before the Honorable Magistrate Judge Brenda Weksler (*see* ECF No. 48);

**WHEREAS** Plaintiff BONITA ANN LEEK (hereinafter "Plaintiff") and Defendant SMITH'S FOOD & DRUG CENTERS, INC. (hereinafter "Defendant" or "SMITH'S") (collectively, the "Parties"), by and through their undersigned counsel of record, have discussed their desire to move forward with a private mediator to work to resolve this matter;

**WHEREAS** the Parties have scheduled a private mediation with the Honorable David Jones (Ret.) at Advanced Resolution Management to be held on July 23, 2025, at 9:00 a.m.; and

**WHEREAS** the Parties have been working together amicably toward resolution of this matter in

good faith and without intention to delay such possible resolution:

**IT IS HEREBY STIPULATED AND AGREED** by and between Plaintiff and Defendant, by and through their respective counsel of record as undersigned, that the Settlement Conference in the above-captioned matter presently set for July 11, 2025, at 10:00 a.m. be vacated in light of the Parties' scheduled private mediation, presently set for July 23, 2025.

**IT IS FURTHER STIPULATED AND AGREED** that the Parties shall either file a Notice of Settlement or, if no settlement has been reached, file a Joint Status Report Regarding Mediation on or after July 23, 2025, but in any event no later than August 6, 2025, or two weeks after the scheduled mediation, to inform this Court about the results of such mediation.

**IT IS SO STIPULATED.**

| | |
|---|---|
| DATED this 4th day of June, 2025.<br>**HENNESS & HAIGHT** | DATED this 4th day of June, 2025.<br>**COOPER LEVENSON, P.A.** |
| */s/ Genevieve Romand*<br>_____<br>GENEVIEVE ROMAND, ESQ.<br>Nevada Bar No. 13235<br>8972 Spanish Ridge Avenue<br>Las Vegas, Nevada 89148<br>(702) 862-8200<br>Attorneys for Plaintiff<br>Bonita Ann Leek | */s/ Pooja Kumar*<br>_____<br>JERRY S. BUSBY, ESQ.<br>Nevada Bar No. 01107<br>POOJA KUMAR, ESQ.<br>Nevada Bar No. 12988<br>3016 West Charleston Boulevard, Suite 195<br>Las Vegas, Nevada 89102<br>(702) 366-1125<br>Attorneys for Defendant<br>Smith's Food & Drug Centers, Inc. |

**[ORDER ON NEXT PAGE]**

//
//
//
//
//
//

2

NG-C2N3CBX6 4902-9751-7130.1

*Leek v. Smith's Food & Drug Centers, Inc.*
Case No. 2:23-cv-00095-APG-BNW

## ORDER

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED** that the Settlement Conference in the above-captioned matter presently set for July 11, 2025, at 10:00 a.m. is vacated in light of the Parties' scheduled private mediation, presently set for July 23, 2025.

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that the Parties shall either file a Notice of Settlement or, if no settlement has been reached, file a Joint Status Report Regarding Mediation, on or after July 23, 2025, but in any event no later than August 6, 2025, or two weeks after the scheduled mediation, to inform this Court about the results of such mediation.

**IT IS SO ORDERED.**

_____
**UNITED STATES MAGISTRATE JUDGE**

**DATED:** 6/9/2025

3

NG-C2N3CBX6 4902-9751-7130.1