1 | JERRY S. BUSBY
Nevada Bar #001107
2 | POOJA KUMAR
Nevada Bar #012988
3 | COOPER LEVENSON, P.A.
3016 West Charleston Boulevard - #195
4 | Las Vegas, Nevada  89102
(702) 366-1125
5 | FAX:  (702) 366-1857
jbusby@cooperlevenson.com
6 | pkumar@cooperlevenson.com

7 | Attorneys for Defendant
SMITH'S FOOD & DRUG CENTERS, INC.

8 |

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| BONITA ANN LEEK, an individual, | Case No. 2:23-cv-00095-APG-BNW |
|---|---|
| Plaintiff, | |
| vs. | |
| SMITH'S FOOD & DRUG CENTERS, INC. d/b/a/ SMITH'S, a foreign corporation; DOE SMITH'S EMPLOYEES I through X; DOE JANITORS 1-10; DOE MAINTAINERS 1-10; DOES I through X, inclusive; ROE JANITORIAL SERVICES 1-10; and ROE CORPORATIONS I through X, inclusive, | **STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |
| Defendants. | |

WHEREAS, all Parties and their counsel have agreed upon a full and final settlement of the above-captioned matter:

**IT IS HEREBY STIPULATED AND AGREED** by and between Jerry S. Busby, Esq. and Pooja Kumar, Esq. of the law firm COOPER LEVENSON, P.A. as counsel of record for Defendant SMITH'S FOOD & DRUG CENTERS, INC. and Genevieve Romand, Esq. of HENNESS & HAIGHT as counsel of record for Plaintiff BONITA ANN LEEK as follows:

1.   That the claims herein of Plaintiff BONITA ANN LEEK against Defendant SMITH'S FOOD & DRUG CENTERS, INC. shall be dismissed with prejudice, each party to bear their own fees and costs; and

NG-C2N3CBX6 4919-6799-3431.1

2. That the trial date of September 22, 2025, be vacated in light of settlement.

**IT IS SO STIPULATED.**

DATED this 21st_day of August, 2025.

**HENNESS & HAIGHT**

*/s/ Genevieve Romand*

GENEVIEVE ROMAND, ESQ.
Nevada Bar No. 13235
8972 Spanish Ridge Avenue
Las Vegas, Nevada 89148
(702) 862-8200
Attorneys for Plaintiff
Bonita Ann Leek

DATED this 21st_day of August, 2025.

**COOPER LEVENSON, P.A.**

*/s/ Pooja Kumar*

JERRY S. BUSBY, ESQ.
Nevada Bar No. 01107
POOJA KUMAR
Nevada Bar No. 12988
3016 West Charleston Boulevard, Suite 195
Las Vegas, Nevada 89102
(702) 366-1125
Attorneys for Defendant
Smith's Food & Drug Centers, Inc.

**ORDER**

**IT IS SO ORDERED.**

**UNITED STATES DISTRICT COURT JUDGE**

**DATED:** August 22, 2025

2

NG-C2N3CBX6 4919-6799-3431.1